CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07−cv−04332

Taylor v. Davol, Inc.
Assigned to: Judge Gray H. Miller
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 12/17/2007
Date Terminated: 06/10/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Mabel Y. Taylor**

represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832−372−2926
Fax: 281−538−6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2007 | Ï 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3312587) filed by Mabel Y. Taylor. (Attachments: # 1 Civil Cover Sheet Mabel Y. Taylor)(Alexander, David) (Entered: 12/17/2007) |
| 12/18/2007 | Ï 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 4/23/2008 at 10:00 AM in Courtroom 9D before Judge Gray H. Miller.( Signed by Judge Gray H. Miller ) Parties notified.(jbradford) (Entered: 12/18/2007) |
| 12/21/2007 | Ï 3 | First CERTIFICATE OF INTERESTED PARTIES by Mabel Y. Taylor, filed.(Alexander, David) (Entered: 12/21/2007) |
| 04/08/2008 | Ï | ***Deadlines terminated. The initial conference set 4/23/3008 is CANCELLED pending transfer to MDL. (rkonieczny) (Entered: 04/08/2008) |
| 06/10/2008 | Ï 4 | JPML CONDITIONAL TRANSFER ORDER (CTO−18) (certified copy) transferring case to USDC−RI to be included in MDL Docket No. 1842. Case terminated on 6/10/08. (smurdock, ) (Entered: 06/12/2008) |